In the Matter of the Probate of the Will of JOHN WINTERS, Deceased. JOHN M. WINTERS, Appellant; HENRY WINTERS et al., Respondents.

Submitted October 2, 1950; decided October 5, 1950.

*Irving A. Isaacs* for motion.

*Herbert A. Trebing* and *Ralph Stout* opposed.

Motion denied, with $10 costs.